| **EXHIBIT B** | Summary of Services: Case # 23-18044 (SLM) | | | |
|---|---|---|---|---|
| **Chapter 13** | Jenna A. Rose | | Final Fee Application Ex. B | |
| **Period Covering 7/2/2025 - 10/24/2025** | | | Cost per hour: $350* | |
| **Date** | **Description** | **Time (Hours)** | **Cost** | Category |
| 7/2/2025 | Telephone conversation with attorney for lender regarding loan modification approval; reviewed file and proposed loan modification; detailed response to attorney for lender; received and reviewed response from lender; comparative analysis - $137,000 increase in loan (client agreed that the loan modification was not reviewed and was appreciative that loan modification not processed) - client was reminded that any changes in any loans, financing, etc. must be approved by the Court) - | 1.60 | $ 560.00 | j |
| 7/25/2025 | Reviewed file and Trustee payments - client late in making Trustee payment; TO payments reminder to client | 0.30 | $ 105.00 | d |
| 8/11/2025 | Rec'd and reviewed correspondence from lender's attorney; advised modifying loan modification as requested by client/lawyer for client; is not approved; can reapply if client wishes; correspondence to client | 0.60 | $ 210.00 | j |
| 8/15/2025 | Rec'd and reviewed correspondence from lender's attorney; need to approve terms of Consent Order to nullify loan modification; response sent - terms OK | 0.50 | $ 175.00 | j |
| 8/19/2025 | Rec'd and reviewed correspondence from client; intentions/proposing to sell home and purchase new home; reviewed file; correspondence to client with requirements if confirmed that house will be sold; reviewed Plan/petition | 0.80 | $ 280.00 | d |
| 8/27/2025 | Rec'd and reviewed correspondence from client; wants to sell home and provides timeframe; reviewed file; correspondence to client with process and next steps in detail - recommendation on commissions | 1.10 | $ 385.00 | d |

1

| **EXHIBIT B** | **Summary of Services:   Case # 23-18044 (SLM)** | | | |
|---|---|---|---|---|
| **Chapter 13** | **Jenna A. Rose** | | Final Fee Application Ex. B | |
| **Period Covering 7/2/2025 - 10/24/2025** | | | **Cost per hour: $350*** | |
| **Date** | **Description** | **Time (Hours)** | **Cost** | Category |
| 9/1/2025 - 9/2/2025 | Rec'd several emails from client; reviewed same; documents were incomplete; resent to client for details about the sale; drafted docs for motion to retain professional.  Correspondence to client for next steps; reviewed CMA (initial); responses and instructions to client (should not be listed until approval received); responses from client; waiting from bio from realtor; explanations from client on sale price and commission - explanation to client that final payout was premature at this time; reviewed response from client and did not want to take recommendation to have buyer pay part of commission; seller's market at this time - client did not wish to save $ at this point will go over asking | 1.90 | $      665.00 | d |
| 9/3/2025 | Rec'd and reviewed correspondence from lender - reviewed consent order cancelling loan modification which we rejected; signed  and returned to lender; notification to client | 0.60 | $      210.00 | j |
| 9/4/2025 | Rec'd and reviewed correspondence from client with realtor resume; response to client with explanations and listing agreement needed for bankruptcy case; detailed the process required | 0.50 | $      175.00 | d |
| 9/10/2025 | Rec'd listing agreement, prepared draft order, Cert of Professional and application for retention of Professional, correspondence to client with instructions; correspndence from client; responded Rec'd Consent Order from lender's attorney for cancellation of Loan which was sent to Chambers (needed for sale); notification to client | 1.50 | $      525.00 | j |
| 9/11/2025 | Rec'd signed docs from client and realtor, Motion; filed Order, Cert of Prof, Application for Retention of Listing Broker; correspondence to client; certification of service | 1.60 | $      560.00 | d |
| 9/11/2015 | Prepared Modified Plan due to sale; payments will be reduced; correspondence to client; client approved; filed same; notification to client & affected creditor(s). | 0.90 | $      315.00 | e |

2

| EXHIBIT B | Summary of Services:   Case # 23-18044 (SLM) | | | |
|---|---|---|---|---|
| **Chapter 13** | **Jenna A. Rose** | | Final Fee Application Ex. B | |
| **Period Covering 7/2/2025 - 10/24/2025** | | | Cost per hour: $350* | |
| Date | Description | Time (Hours) | Cost | Category |
| 9/21/2025 | Reviewed sale files and pending sales; house listing timeline reviewed again with client; correspondence to client for next steps in bankruptcy and name of attorney for sale; client did not advise that the contract was signed | 0.60 | $ 210.00 | f |
| 9/22/2025 | Correspondence to and from client; need more information to retain attorney; reviewed contract for legal services from attorney; detailed correspondence to client's closing attorney with request for a contract with a definitive flat fee and terms/agreement must be signed - need updated retainer agreement from closing attorney | 0.80 | $ 280.00 | f |
| 9/23/2025 | Drafted Cert of Attorney for retention, Cert of client for retention of attorney, proposed order; provided update on next steps and docs needed to move forward with sale sent to client; Order approved for retention of attorney | 0.90 | $ 315.00 | f |
| 9/26/2025 | Reviewed file - Follow up with client; attorney out - will send | 0.40 | $ 140.00 | f |
| 10/1/2025 | Rec'd and reviewed new retainer agreement from Real Estate attorney; OK; approved and sent to attorney for signature by client and return | 0.50 | $ 175.00 | f |
| 10/2/2025 | Rec'd and reviewed revised retainer agreement; OK to submit with required docs in accordance with bankruptcy procedures | 0.40 | $ 140.00 | f |
| 10/3/2025 | Finalized docs with updated information to retain attorney and certification of client with Exhibits - sent to client to arrange signatures and return; correspondence to client for next steps | 1.10 | $ 385.00 | f |
| 10/3/2025 | Rec'd and reviewed contract from client with questions; reviewed contract - no contingencies - responses and instructions to client related to bankruptcy procedures | 0.60 | $ 210.00 | f |
| 10/6/2025 | Rec'd correspondence from sale attorney - changes made and request to update his biography - sent to sale attorney for review and signature | 0.40 | $ 140.00 | f |

3

| EXHIBIT B | Summary of Services: Case # 23-18044 (SLM) | | | |
|---|---|---|---|---|
| **Chapter 13** | Jenna A. Rose | | Final Fee Application Ex. B | |
| Period Covering 7/2/2025 - 10/24/2025 | | | Cost per hour: $350* | |
| Date | Description | Time (Hours) | Cost | Category |
| 10/7/2025 | Finalized all docs for Retention of RE Attorney; correspondence to and from Attorney; filed same Certification of Services; Proposed Order; notification to client that our correspondence between attorney and client is privileged and cautioned about replying to all. | 1.60 | $ 560.00 | f |
| 10/8/2025 | Correspondence to client; reviewed agents; need to retain co-agent; co-broker instructions provided; information has been requested | 0.60 | $ 210.00 | f |
| 10/8/2025 -10/9/2025 | Detailed status and next steps submitted to all parties for the sale; reviewed file status | 0.60 | $ 210.00 | f |
| 10/9/2025 - 10/10/2025 | All docs from co-broker received; finalized Application for Debtor to hire co-broker; prepared bio for co-broker; finalized all docs and forwarded to client for review and signature with instructions (Exhibits attached - sale contract and Bio) | 1.10 | $ 385.00 | f |
| 10/11/2025 | Rec'd all docs ready for filing; put together packages for filing; filed same; certification of service; application for hiring co-broker | 1.60 | $ 560.00 | f |
| 10/14/2025 | Rec'd and reviewed approval of modified plan by TO; sale deadline is 2/25/2026; notified client | 0.40 | $ 140.00 | e |
| 10/15/2025 | Reviewed file and status; email to client; reviewed value report from RE agent - need formal CMA - outstanding items to client; rec'd Order approving retention of attorney for sale; detailed instructions and requirement with deadlines to expedite; sample CMA sent to RE Agent | 0.90 | $ 315.00 | f |
| 10/16/2025 | Rec'd and reviewed CMA; ready for next steps | 0.30 | $ 105.00 | f |
| 10/17/2025 | Rec'd and reviewed riders and documents from real estate attorney; mortgage commitment; all contingencies met; all changes agreed and signatures on final documents that were needed to proceed per bankruptcy requirements | 1.90 | $ 665.00 | f |

4

| EXHIBIT B | Summary of Services: Case # 23-18044 (SLM) | | | |
|---|---|---|---|---|
| **Chapter 13** | Jenna A. Rose | Final Fee Application Ex. B | | |
| Period Covering 7/2/2025 - 10/24/2025 | | Cost per hour: $350* | | |
| **Date** | **Description** | **Time (Hours)** | **Cost** | Category |
| 10/20/2025 | Reviewed documents for sale: requested commission statements from 2 real estate agents; received and reviewed same; Reviewed and compared to contract terms (consistent); drafted Notice of Motion to Approve sale and Notice of Motion to approve Private Sale; drafted Certification of debtor's attorney and Certification of Debtor | 3.10 | $ 1,085.00 | f |
| 10/21/2025 | Follow up with Court on approval of Motion to approve 2nd real estate agent; finalized certifications; certification of Debtor sent to debtor for signature/approval - Debtor wanted to expedite | 1.50 | $ 525.00 | f |
| 10/21/2025 | Telephone conversation with client - emergent order needed
Client advised desire to move up date of closing - which resulted in additional work for bankruptcy case; | 0.20 | $ 70.00 | f |
| 10/21/2025 | Telephone conversation with client - closing and possible options - informed client that prepared and seeking Court approval to move up the closing would require significant legal work and fees - Client understood and asked to take this option approved additional work and fees | 0.30 | $ 105.00 | f |
| 10/21/2025 | Called Court - status of Motion to Retain co-broker; client wanted expedited; rec'd and reviewed correspondence from real estate attorney; needs to close tomorrow - response to all parties; will do emergent application; Order approved by Chambers - notification to affected parties; reviewed documents from closing attorney scheduling the closing the next day although timelines and instructions were provided. | 1.00 | $ 350.00 | f |
| 10/21/2025 | As requested by client, prepared required documents for submission to court to reduce time line for closing, certifications finalized; proposed order finalized; correspondence to client with instructions with required documents | 2.10 | $ 735.00 | f |

5

| EXHIBIT B | Summary of Services: | Case # 23-18044 (SLM) | | |
|---|---|---|---|---|
| **Chapter 13** | Jenna A. Rose | Final Fee Application Ex. B | | |
| Period Covering 7/2/2025 - 10/24/2025 | | Cost per hour: $350* | | |
| Date | Description | Time (Hours) | Cost | Category |
| 10/22/2025 | Rec'd approved certification from client; modified all motion documents to enable filing of application on shortened time; filed all documents; sent email to Chambers alerting of pending motion to shorten time; detailed update to client; telephone conversation with Judge's chambers | 2.00 | $ 700.00 | f |
| 10/22/2025 | Rec'd and reviewed Signed Order from Judge shortening time 11/12/2025 | 0.20 | $ 70.00 | f |
| 10/22/2025 | Telephone call to TO; required by Court for notification | 0.20 | $ 70.00 | f |
| 10/22/2025 | Review ongoing correspondence between parties - disputing closing terms and delays - fees to move in early; correspondence requesting per diem - may affect closing and/or closing date; detailed explanations and reference to delays by real estate attorneys included to support client's position; all docs and approvals provided to client - reviewed legal docs related to BK from attorneys/client - responses (approximate 7 emails) | 1.10 | $ 385.00 | f |
| 10/22/2025 | Prepare final package for sending out in accordance with order; letter and service instructions; certification of service; correspondence and calls to and from client; informed client - net proceeds would be approximately $105,000 | 1.50 | $ 525.00 | f |
| 10/23/2025 | Rec'd phone call and documents from client requesting report and tentative date to client; informed party (represented as power of attorney) could not speak with him; no OK's from client; review reports/finalize and sent to client; verified all numbers; requested any further questions would be best in person or email rather than voice mails/telephone conversation; received voice mail - response to client; received and reviewed correspondence from the same individual who called - inappropriate conversation;  client left message did not wish to meeting; voice mail from client after hours; requesting more details which have previously been filed/provided. | 0.90 | $ 315.00 | f |

6

| EXHIBIT B | Summary of Services: Case # 23-18044 (SLM) | | | |
|---|---|---|---|---|
| **Chapter 13** | **Jenna A. Rose** | | Final Fee Application Ex. B | |
| **Period Covering 7/2/2025 - 10/24/2025** | | | Cost per hour: $350* | |
| **Date** | **Description** | **Time (Hours)** | **Cost** | Category |
| TBD | Follow up closing and court motions and correspondence with client/court. | 1.00 | $ 350.00 | d |
| 10/23/2025 | Review final fee applications and all documents; file same | 0.50 | $ 175.00 | d |
| 10/24/2025 | Review revised fee application - file and serve - no charge | 0.00 | $ - | |
| | Subtotal Legal Services @ $350 | 42.20 | $ 14,770.00 | |
| 7/2/2025 - 10/23/2025 | Final Fee Application Preparation @ $150.00 per hour | 2.00 | $ 300.00 | d |
| 9/11/2025 | Mailing and Post Office - Motion - Application for Hiring of Real Estate Professional Realtor | 1.10 | $ 165.00 | d |
| 10/7/2025 | Mailing and Post Office - Motion - Application for Hiring of Real Estate Attorney | 1.10 | $ 165.00 | d |
| 10/8/2025 | Contacted co-broker for instructions on sale requirements | 0.20 | $ 30.00 | d |
| 10/11/2025 | Mailing and Post Office Motion - Application for Hiring of Co-Broker Professional Realter | 1.10 | $ 165.00 | d |
| 10/22/2025 | Mailing and Post Office - overnights - to LREX and USPS; arranged overnight deliveries; post office delivery of all non- priority; final mailing lists - process mailing; contact with LREX to confirm pickup - dropped off packages for overnights; went to Post Office for mailing of packages and postage | 3.10 | $ 465.00 | d |
| 10/23/2025 | Confirm all deliveries of mailing; draft fee application approx total for client; prepare final proceeds as requested by client; prepare exhibits; summarize closing net for client (client requested this additional information which was previously explained) | 2.80 | $ 420.00 | d |
| | Subtotal legal services @ $150.00 | 11.40 | $ 1,710.00 | |
| | Total Legal Services | | $ 16,480.00 | |
| | Out of Pocket Costs - Direct Costs | | | |
| 8/11/2025 | Copies | | $1.25 | d |
| 8/19/2025 | Copies | | $2.00 | d |
| 8/27/2025 | Copies | | $1.25 | d |
| 9/1/2025 | Copies | | $3.75 | d |
| 9/2/2025 | Copies | | $1.00 | d |
| 9/3/2025 | Copies | | $1.50 | d |

7

| EXHIBIT B | Summary of Services: Case # 23-18044 (SLM) | | | |
|---|---|---|---|---|
| **Chapter 13** | Jenna A. Rose | | Final Fee Application Ex. B | |
| **Period Covering 7/2/2025 - 10/24/2025** | | | Cost per hour: $350* | |
| Date | Description | Time (Hours) | Cost | Category |
| 9/4/2025 | Copies | | $0.50 | d |
| 9/11/2025 | Postage | | $24.96 | j |
| 9/11/2025 | Copies | | $95.00 | d |
| 9/11/2025 | Copies -Modified Plan | | $6.25 | d |
| 9/10/2025 | Copies | | $8.75 | d |
| 9/22/2025 | Copies | | $2.00 | d |
| 9/23/2025 | Copies | | $2.00 | d |
| 10/2-3/2025 | Copies | | $7.50 | d |
| 10/3/2025 | Copies - contract | | $8.75 | d |
| 10/6/2025 | Copies | | $2.00 | d |
| 10/7/2025 | Postage | | $18.18 | j |
| 10/7/2025 | Copies Mailing | | $99.75 | d |
| 10/10/2025 | Copies | | $11.25 | d |
| 10/11/2025 | Postage | | $42.12 | j |
| 10/11/2025 | Copies Mailing | | $218.50 | d |
| 10/14/2025 | Copies | | $1.25 | d |
| 10/15/2025 | Copies | | $2.00 | d |
| 10/17/2025 | Copies | | $12.50 | d |
| 10/20/2025 | Copies | | $3.00 | d |
| 10/22/2025 | Copies | | $23.75 | j |
| 10/22/2025 | Postage Overnight to CA - Express delivery per order | | $64.20 | j |
| 10/22/2025 | Mailing - LREX - next day per order | | $100.00 | i |
| 10/22/2025 | Copies Mailing - Motions and letter - all creditors and interested parties | | $562.50 | d |
| 10/22/2025 | Postage - Mailing - Motions and letter - all creditors and interested parties (regular mail) | | $74.20 | j |
| 10/23/2025 | Copies - reports reports requested by client | | $11.25 | d |
| 10/23/2025 | Postage to send Fee Ap | | $1.78 | j |
| 10/23/2025 | Copies - Fee Ap | | $4.50 | d |
| 10/24/2025 | Copies - resubmit Fee Ap - No charge | | $0.00 | |
| 10/24/2025 | Postage -resubmit Fee Ap - No charge | | $0.00 | |
| | Subtotal Out of Pocket Costs | | **$1,419.19** | |

8

| EXHIBIT B | Summary of Services: Case # 23-18044 (SLM) | | | |
|---|---|---|---|---|
| **Chapter** 13 | **Jenna A. Rose** | Final Fee Application Ex. B | | |
| Period Covering 7/2/2025 - 10/24/2025 | | Cost per hour: $350* | | |
| **Date** | **Description** | Time (Hours) | **Cost** | Category |
| | Total Legal Services | | $17,899.19 | |